FILED
CHARLOTTE, NC
DEC 28 2015
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 3:15mj433 |
| ) | |
| vs. ) | ORDER TO SEAL COMPLAINT, |
| ) | AFFIDAVIT AND ARREST WARRANT |
| FELECIA ROXANNE LINDO ) | |

UPON MOTION of the United States of America for an order directing that the Criminal Complaint, Affidavit, Arrest Warrant and the Motion to Seal and this Order be sealed, in order to protect the secrecy of the on-going nature of the investigation, to prevent the destruction of evidence and the possible flight of the defendant

**IT IS HEREBY ORDERED** that the Criminal Complaint, Affidavit, Arrest Warrant and the Motion to Seal and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 28th day of December 2015.

DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE