UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) No. 3:15-MJ-433-DCK |
|---|---|
| vs. | ) ORDER TO UNSEAL |
| FELECIA ROXANNE LINDO | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Unseal Complaint, Affidavit And Arrest Warrant" (Document No. 5) filed December 29, 2015. Having carefully considered the motion, and it appearing that the defendant in this case has been arrested, it is hereby **ORDERED** that this matter be **UNSEALED.**

**SO ORDERED**.

Signed: December 29, 2015

David C. Keesler
United States Magistrate Judge