# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:15-mj-433-DCK |
| | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| | ) | |
| **FELECIA ROXANNE LINDO** | ) | |
| | ) | |

For the reasons stated in Defendant's Waiver of Preliminary Examination and Speedy Indictment, pursuant to 18 U.S.C. § 3161(h)(7)(A), **IT IS ORDERED** that the time to indict the defendant Felecia Roxanne Lindo in this case on the pending charges is extended up to and including **March 13, 2016**. Defendant seeks this waiver in order to give her attorney more time to gather facts and evidence and have discussions with the United States. The ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. Such time shall be excluded in computing the time within which an indictment must be filed.

Signed: January 13, 2016

David C. Keesler
United States Magistrate Judge